IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DEMARCTRIE L. TOLBERT,

  Petitioner,

    v.

THEODORE JACKSON,

  Respondent.

CIVIL ACTION FILE
NO. 1:13-CV-946-TWT

## ORDER

This is a pro se habeas corpus action arising out of the Petitioner's 1979 probation revocation. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending dismissing the action as untimely. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 18 day of June, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Tolbert\r&r.wpd